IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ELIZABETH BUCHANAN**                                            **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO.: 1:23-cv-290-LG-RPM**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                              **DEFENDANT**

## JUDGMENT OF DISMISSAL

**THIS CAUSE** comes before the Court *sua sponte*, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties. Each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement. This case is closed.

**SO ORDERED AND ADJUDGED** this the 25th day of March, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

**AGREED:**


BY: /s/ Jason Webster
Jason Webster (MSB 100920)
Attorney for Plaintiff,
**ELIZABETH BUCHANAN**


BY: /s/ Michael Moore
Michael R. Moore (MSB 104505)
Attorney for Defendant,
**STATE FARM FIRE AND CASUALTY COMPANY**

**Prepared by:**
Michael R. Moore (MSB 104505)
**BRYAN, NELSON, SCHROEDER, CASTIGLIOLA & BANAHAN, PLLC**
1103 Jackson Ave. (39567)
P.O. Drawer 1529
Pascagoula, MS 39568-1529
Telephone: (228) 762-6631
Fax: (228) 769-6392
michael@bnscb.com